IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS AMPARO, ) | No. C 09-0801 MMC (PR) |
| ) Petitioner, ) | **ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE** |
| v. ) | |
| ) S. McEWEN, Warden, ) | (Docket No. 16) |
| ) Respondent. ) | |
| _____ ) | |

Good cause appearing, petitioner's request for an extension of time to file a traverse is hereby GRANTED. Petitioner shall file his traverse no later than **June 1, 2011**.

This order terminates Docket No. 16.

IT IS SO ORDERED.

DATED: April 29, 2011

_____
MAXINE M. CHESNEY
United States District Judge