United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS AMPARO,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>G. NEOTTI, Warden,<br><br>　　　　　　Respondent.<br>_____ | No. C 09-0801 MMC (PR)<br><br>**ORDER GRANTING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE; DIRECTIONS TO CLERK**<br><br>(Docket No. 20) |

　　　　Good cause appearing, petitioner's second request for an extension of time to file a traverse is hereby GRANTED. Petitioner shall file his traverse no later than **August 31, 2011**.

　　　　Additionally, in the instant motion, petitioner has notified the Court that in place of respondent S. McEwen, he is substituting G. Neotti, the Acting Warden of RJ Donovan State Prison, where petitioner currently is incarcerated. Accordingly, the Clerk is hereby DIRECTED to amend the docket to reflect that Warden G. Neotti is the proper respondent.

　　　　This order terminates Docket No. 20.

　　　　IT IS SO ORDERED.

DATED: July 8, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge