IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCOS AMPARO,

        Petitioner,

  v.

MIKE MCDONALD, Warden,

        Respondent.
_____/

No. CV-09-0801  MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The petition for a writ of habeas corpus is hereby DENIED, and a certificate of appealability is hereby DENIED.

Dated: April 2, 2012

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk